**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

_____

**TIMOTHY L. HOELLER,**
                **Plaintiff,**

v.                                                                                 **Case No. 14-cv-0398**

**VILLAGE OF BARRINGTON MANAGER,**
**on behalf of the Village Board and Police,**
                **Defendant.**

_____

## **DECISION AND ORDER**

Plaintiff Timothy Hoeller, pro se, filed the complaint in this action alleging civil rights violations under 42 U.S.C. § 1983. On January 1, 2015, I dismissed his claims for lack of personal jurisdiction and improper venue. I denied plaintiff's motion for reconsideration on March 3, 2015. Plaintiff has filed a second motion for reconsideration. Having considered plaintiffs arguments in both his most recent filing and his previous filings, I see no basis for reconsidering my initial decision, and **THEREFORE, IT IS ORDERED** that plaintiff's request to reconsider (ECF No. 51) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 13th day of March, 2015.

                                                                        s/ Lynn Adelman
                                                                        _____
                                                                         LYNN ADELMAN
                                                                         District Judge